UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIE WEGER and MARY MURPHY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:04CV683-SNL |
| ) | |
| CITY OF LADUE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Defendants have moved for reconsideration of the Court's order granting plaintiffs' motion for extension of time to file reply to defendants' response to plaintiffs' sur-reply. In view of the Court's announcement to the parties that it will be difficult to try this case when set, the parties will not be prejudiced by allowing plaintiffs to have an extension of time.

**IT IS THEREFORE ORDERED** that the motion of defendants for reconsideration of the order of the Court granting plantiffs' motion for extension of time to file reply is **DENIED**.

Dated this   11th   day of October, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE